# Court of Appeals
# of the State of Georgia

ATLANTA, July 30, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0019. SONYA MCNEAL v. NAVY FEDERAL CREDIT UNION et al.**

After the superior court dismissed plaintiff Sonya McNeal's lawsuit and entered a bill of peace, she filed a pauper's affidavit, requesting leave to proceed in forma pauperis. On June 4, 2025, the superior court entered an order denying McNeal's request and on July 16, 2025, McNeal filed this application seeking to appeal the superior court's order.[1] We, however, lack jurisdiction.

To be timely, an application for discretionary review must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because this application was filed 42 days after entry of the order McNeal seeks to

---

[1] McNeal attempted to file her application earlier, but this Court rejected that submission for failure to include a stamped "filed" copy of the trial court's order. See Court of Appeals Rule 31 (c).

appeal, it is untimely, and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*__07/30/2025_____

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*